UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-190 (DSD/LIB)

United States of America,

        Plaintiff,

v.                                           ORDER ADOPTING THE REPORT
                                             AND RECOMMENDATION

John James Svihel (2);
Svihel Vegetable Farm, Inc. (04),

        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

The Svihel Defendants' joint Motion for Severance or, in the Alternative, to Join Co-defendants' Motions, [Docket No. 103], is **DENIED** without prejudice, to the extent that the Svihel Defendants' seek severance of the case against them from the case against their co-defendants.

Dated: March 28, 2016

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District